December 16, 2011

Mr. Mike A. Hatchell
Locke Lord LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042

Mr. J. Scott McLain
Reed McLain & Guerrero, LLP
3900 N. 10th St., Suite 850
McAllen, TX 78501
Honorable Jose Roberto Flores Jr.
139th District Court, Hidalgo County
100 North Closner Street, 2nd Floor
Edinburg, TX 78539

RE: Case Number: 10-0155
 Court of Appeals Number: 13-09-00681-CV
 Trial Court Number: C-803-09-C

Style: IN RE SERVICE CORPORATION INTERNATIONAL AND SCI TEXAS FUNERAL
 SERVICES, INC. D/B/A MAGIC VALLEY MEMORIAL GARDENS

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. The stay order issued March 12, 2010 is lifted. You may
obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

 |cc:|Ms. Laura Hinojosa|
| | |
| |Ms. Dorian E. |
| |Ramirez |